UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION



In Re: MARK THERIOT                                    Case No. 05-31879-LMC

**APPLICATION AUTHORIZING PAYMENT OF UNCLAIMED MONIES INTO THE COURT**

This application by the Trustee to pay into the Court unclaimed monies of the Debtor remaining in the Trustee's account is the result of the unknown whereabouts of the Debtor. The last known address of the Debtor(s) is and the amount of the Debtor's monies are:

| Name and Address of Debtor(s) | Amount of Refund Check |
|---|---|
| MARK THERIOT<br>*2436 TIERRA NEGRA DR<br>EL PASO, TX 79936-0000 | $1041.91 |

THEREFORE, as provided by 28 U.S.C. Section 2041 and 2042, the Trustee is hereby authorized, by his signature, to pay said monies to the Clerk of the United States Bankruptcy Court for deposit or withdrawal.

Dated: November 2, 2009

_Steve Bond, for_
Stuart C. Cox, Standing Chapter 13 Trustee

RECEIPT # 3002 5692

PAID $ 1041.91